IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DAVID CROWE,

    Petitioner,

vs.

ANTHONY HAYNES, Warden,

    Respondent.

CIVIL ACTION NO.: CV210-130

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner David Crowe ("Crowe") filed Objections. In his Objections, Crowe makes the same assertions as he did in his original petition, his objections to the Magistrate Judge's first report and recommendation, and this Rule 60(b) motion. Crowe has not shown in any of his pleadings that he is entitled to his requested relief.

Crowe's objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Crowe's Motion for Relief from Judgment is **denied**. The Clerk of Court is directed to enter the appropriate judgment of dismissal. This case shall remain closed.

**SO ORDERED**, this 27 day of May, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)